1 | TIMOTHY M. GILL, SBN 121484
AMERICAN SHIP MANAGEMENT, LLC
2 | 2175 N. California Blvd., Suite 1000
Walnut Creek, California 94596
3 | Telephone: 925-296-1913
Fax: 925-296-2307
4 | tim.gill@asmhq.com
Attorney for Plaintiff
5 | PATRIOT CONTRACT SERVICES, LLC

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | PATRIOT CONTRACT SERVICES, LLC,    )   Case No. C 04 1004 JSW  (EMC)
                                      )
12 |            Plaintiff,             )
                                      )   STIPULATION AND ~~PROPOSED~~
13 |      vs.                          )   ORDER
                                      )
14 | UNITED STATES OF AMERICA,         )
                                      )
15 |            Defendant.            )
                                      )
16                                    )
                                      )
17 | _____  )

18

19 |        The parties to this case hereby stipulate to, and request the Court to, continue the Case

20 | Management Conference from July 15, 2005 to a date after September 19, 2005.

21 |        On March 29, 2005, the parties conducted a mediation with Magistrate Chen of this

22 | Court, and reached a tentative settlement. Since that date, the parties have executed a Settlement

23 | Agreement and Release covering claims the Government contends are not properly before the

24 | Court, and the parties are working diligently to obtain the necessary approvals to settle the Claim

    | the Government contends is part of the present action.

25 |        In connection with that agreement, plaintiff Patriot Contract Services has provided the

26 | Military Sealift Command with a spreadsheet and supporting documentation pertaining to

27 | expenditures on "Loose Equipment" through March 31, 2005. The Military Sealift Command is

28 | reviewing those documents, and once their review is completed, the parties will meet and confer

STIPULATION AND ~~PROPOSED~~ ORDER                    1                    No. C-04-1004 JSW (EMC)

1   with regard to the total amount of reimbursement that is due to Patriot.

2          In light of these developments, Magistrate Chen has continued the follow-up settlement

3   conference from June 28, 2005 to September 19, 2005.  The parties understand that this Court

4   intended to hold its Case Management Conference shortly after the Settlement Conference, and

5   they therefore respectfully request that this Court continue the Case Management Conference to

6   a date after the new Settlement Conference date of September 19, 2005.

7

8

9   Dated:  June 30, 2005.

10

11                                        _____
                                          Timothy M. Gill
12                                        General Counsel
                                          Patriot Contract Services, LLC
13

14  Dated:  June 30, 2005.

15

16                                        _____
                                          Jeanne Franken
17                                        Attorney for the
                                          United States of America
18

19  The Further Case Management Conference currently set for July 15, 2005 is HEREBY
20  CONTINUED to October 7, 2005.

21         IT IS SO ORDERED.

22

23  Dated:  July  1   2005.

24

25                                        /s/ Jeffrey S. White
                                          _____
26                                        Honorable Judge Jeffrey S. White

27

28

                                            2
STIPULATION AND PROPOSED ORDER                              No. C-04-1004 JSW (EMC)