```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  KEVIN V. RYAN
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    JEANNE M. FRANKEN
 5  Trial Attorney
    Torts Branch, Civil Division
 6  U.S. Department of Justice
    P.O. Box 36028
 7  450 Golden Gate Avenue, Room 7-5395
    San Francisco, California  94102-3463
 8  Telephone: (415) 436-6644
    Facsimile: (415) 436-6632
 9  E-mail: jeanne.franken@usdoj.gov

10  Attorneys for Defendant
    United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRIOT CONTRACT SERVICES, LLC, | Civil No. C 04-1004 JSW |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA, | **CONSENT JUDGMENT** |
| Defendant. | |

The above captioned action having been compromised, it is, upon the subjoined consents of counsel

ORDERED AND ADJUDGED that defendant, United States of America, shall pay to Patriot Contract Services, LLC, the sum of Four Thousand, Six Hundred and Sixty-Eight Dollars and Eighteen Cents ($4,668.18), without interest and without costs.

DONE and ORDERED this 27 day of September 2005 at San Francisco, CA

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT         1                    CV 04-1004 JSW